# Exhibit 2

US00D811944S

(12) **United States Design Patent** (10) Patent No.: **US D811,944 S**
Milton et al.  (45) **Date of Patent:** ** **Mar. 6, 2018**

(54) **FUSELAGE**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/550,177**

(22) Filed: **Dec. 30, 2015**

(51) **LOC (11) Cl.** .............................................. **12-08**
(52) **U.S. Cl.**
  USPC ........................................... **D12/99**; D12/96
(58) **Field of Classification Search**
  USPC ........ D12/93, 96, 99, 94, 190, 192, 196, 83,
    D12/181, 163, 164, 169, 167, 171, 216,
    D12/86, 90, 91, 92; 180/89.13; 296/22,
    296/24.3, 24.36
  CPC ........ B62D 24/00; B62D 24/02; B62D 25/02;
    B62D 25/18; B62D 25/08; B62D 35/00;
    B60J 5/04; B60R 19/02; B60R 19/04;
    B60P 1/00; B60P 3/00
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D339,314 S | * | 9/1993 | Moar | ............................. | D12/96 |
| D357,436 S | * | 4/1995 | Moar | ............................. | D12/96 |
| D399,792 S | * | 10/1998 | Hellhake | ........................ | D12/96 |
| D423,990 S | * | 5/2000 | Meryman | ....................... | D12/96 |
| D465,749 S | * | 11/2002 | Beigel | ............................ | D12/96 |
| 7,232,179 B1 | * | 6/2007 | Racz | .................. | B62D 33/0612 |
| | | | | | 296/190.02 |
| D626,890 S | * | 11/2010 | Cantemir | ....................... | D12/12 |
| D719,879 S | * | 12/2014 | Ito | .................................. | D12/96 |

* cited by examiner

*Primary Examiner* — Daniel D Bui
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Terrence J. Edwards; TechLaw Ventures, PLLC

(57) **CLAIM**

We claim the ornamental design for a fuselage, as shown and described.

**DESCRIPTION**

FIG. 1 is a front and right perspective view for a fuselage showing our new design;
FIG. 2 is a top view thereof;
FIG. 3 is a left side view thereof;
FIG. 4 is a right side view thereof;
FIG. 5 is a front view thereof; and,
FIG. 6 is a rear view thereof.
The broken lines in the drawing views represent unclaimed portions of a fuselage, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6