# Exhibit 4

US00D816004S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D816,004 S**
Milton et al.                            (45) **Date of Patent:**  ** **Apr. 24, 2018**

(54) **SIDE DOOR**

(71) Applicant: **Bluegentech LLC**, Salt Lake City, UT (US)

(72) Inventors: **Trevor R. Milton**, Salt Lake City, UT (US); **Steve Jennes**, Fullerton, CA (US)

(73) Assignee: **Nikola Corporation**, Salt Lake City, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/550,180**

(22) Filed: **Dec. 30, 2015**

(51) LOC (11) Cl. .............................................. **12-16**

(52) **U.S. Cl.**
USPC ....................................................... **D12/196**

(58) **Field of Classification Search**
USPC .... D12/190, 192, 196, 83, 90–92, 163, 164, D12/167, 169, 171, 181, 216
CPC ........ B62D 24/00; B62D 24/02; B62D 25/02; B62D 25/18; B62D 25/08; B62D 35/00; B60J 5/04; B60R 19/02; B60R 19/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D315,329 | S | * | 3/1991 | Tisten | D12/196 |
| D410,415 | S | * | 6/1999 | Schroeder | D12/99 |
| D443,574 | S | * | 6/2001 | Lian | D12/196 |
| D498,193 | S | * | 11/2004 | Metros | D12/196 |
| D682,172 | S | * | 5/2013 | Peltola | D12/196 |
| D702,170 | S | * | 4/2014 | Ito | D12/196 |
| D765,013 | S | * | 8/2016 | Hindelang | D12/401 |

* cited by examiner

*Primary Examiner* — Daniel D Bui
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Terrence J. Edwards; TechLaw Ventures, PLLC

(57) **CLAIM**

We claim the ornamental design for a side door, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a side door, showing our new design;
FIG. **2** is a top view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is another side view thereof; and,
FIG. **5** is a front view thereof.
The broken lines in the drawing views represent unclaimed portions of a side door, which are included for the purpose of illustrating unclaimed environment only, and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





*FIG. 1*



FIG. 2



*FIG. 3*



FIG. 4



**FIG. 5**