1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BEUS GILBERT** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus (002687)
K. Reed Willis (028060)
lbeus@beusgilbert.com
rwillis@beusgilbert.com

*Attorneys for Plaintiff Nikola Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 2:18-cv-01344-GMS<br><br>**DECLARATION OF K. REED WILLIS IN SUPPORT OF NIKOLA'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>HON. JUDGE G. MURRAY SNOW |

I, K. Reed Willis, declare as follows:

1.     I am an attorney with the firm of Beus Gilbert PLLC in Phoenix, Arizona, and am counsel of record for Nikola Corporation, the plaintiff in this matter.  I am admitted to practice in the state of Arizona and before this Court.  I have personal knowledge of the matters stated herein, and could competently testify to these matters under oath if called to do so.

2.      Attached as Exhibit 1 is a true and correct copy of the Amended Complaint and Exhibits filed in *Bobcar Medai, LLC v. Aardvark Event Logistics, Inc.*, No. 1:16-cv-00885-JPO, Doc. 12, in the Southern District of New York and filed on April 20, 2016.

3.      Attached as Exhibit 2 is a true and correct copy of the Complaint for Patent Infringement filed in *Michelin North America, Inc., v. Tire Mart, Inc.*, No. 4:16-cv-2472-SNLJ, Doc. 1, in the Eastern District of Missouri and filed on September 26, 2017.

4.      Attached as Exhibit 3 is a true and correct copy of the Complaint filed in *Apple Inc. v. Samsung Electronics Co., LTD.*, Doc. 1, in the Northern District of California and filed on April 15, 2011.

5.      Attached as Exhibit 4 are side-by-side comparisons of the design claimed in U.S. Pat. D811,968 with pictures of the Tesla Semi produced by Defendant Tesla, Inc.

6.      Attached as Exhibit 5 are side-by-side comparisons of the design claimed in U.S. Pat. D811,944 with pictures of the Tesla Semi produced by Defendant Tesla, Inc.

7.      Attached as Exhibit 6 are side-by-side comparisons of the design claimed in U.S. Pat. D816,004 with pictures of the Tesla Semi produced by Defendant Tesla, Inc.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Phoenix, Arizona, this 3 day of August, 2018

*/s/ K. Reed Willis*
K. Reed Willis