**BEUS GILBERT** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

Leo R. Beus (*pro hac vice* application forthcoming)
K. Reed Willis (*pro hac vice* application forthcoming)
lbeus@beusgilbert.com
rwillis@beusgilbert.com

*Attorneys for Plaintiff Nikola Corporation*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 3:18-CV-07460-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>HON. JAMES DONATO |

Pursuant to Civil Local Rules 6-2 and 7-12, and this Court's Standing Order For Civil Cases Before Judge James Donato, Nikola Corporation ("Nikola") and Tesla, Incorporated ("Tesla"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on December 27, 2018, a clerk's notice of impending reassignment to a U.S. District Court Judge vacated the previously set Initial Case Management Conference.

WHEREAS, on December 28, 2018, this case was assigned to the Honorable Judge James Donato for all further proceedings.

WHEREAS, on January 3, 2019, the Court issued a Case Management Scheduling Order setting the Initial Case Management Conference for March 21, 2019 at 10:00 AM in San Francisco, Courtroom 11, 19th Floor and ordering the Case Management Statement due by March 14, 2019.

WHEREAS, lead counsel for Tesla had a conflict with March 21, 2019 Initial Case Management Conference date. The parties filed a joint stipulation to move the Initial Case Management Conference from March 21, 2019 at 10:00 AM to March 28, 2019 at 10:00 AM. (Doc. 79).

WHEREAS, the Court issued an order re-setting the Initial Case Management Conference for April 11, 2019 at 10:00 AM in San Francisco, Courtroom 11, 19th Floor.

WHEREAS, counsel for Nikola has a conflict with the April 11, 2019 Initial Case Management Conference date, as set forth in the accompanying declaration.

WHEREAS, counsel for Nikola contacted counsel for Tesla on January 18, 2019 to seek agreement to potentially continue the Initial Case Management Conference. The parties telephonically met and conferred on January 18, and on January 23, counsel for Tesla provided potential dates in addition to April 11 when lead counsel for Tesla was available. Counsel for Nikola did not file any stipulation and next contacted counsel for Tesla on March 25, 2019, providing a draft stipulation to continue the Initial Case Management Conference. On March

1  26, 2019, the parties agreed to continue the Initial Case Management to June 13, 2019 at 10:00 AM in San Francisco, Courtroom 11, 19th Floor.

WHEREAS, counsel for Nikola did not file any stipulation and contacted counsel for Tesla on April 1, 2019, asking counsel for Tesla to file this stipulation on behalf of Nikola. Tesla has agreed to continuing the Initial Case Management Conference because counsel for Nikola has represented that its lead counsel is unavailable, but Tesla does not need to continue the Initial Case Management Conference.

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court reset the Initial Case Management Conference for June 13, 2019 at 10:00 AM, and the due date for the Case Management Statement for June 6, 2019.

DATED: April 1, 2019                Respectfully submitted,

By  /s/ K. Reed Willis
    K. Reed Willis

**BEUS GILBERT** PLLC
Leo R. Beus (Admitted *Pro Hac Vice*)
lbeus@beusgilbert.com
K. Reed Willis (Admitted *Pro Hac Vice*)
rwillis@beusgilbert.com
701 North 44th Street
Phoenix, AZ  85008-6504
T: 480-429-3000 | F: 480-429-3001

Attorneys for Plaintiff

1
2        By  /s/ Amit Makker
             Amit Makker

3    **LATHAM & WATKINS LLP**
4        Perry J. Viscounty (Bar No. 132143)
         perry.viscounty@lw.com
5        Amit Makker (Bar No. 280747)
         amit.makker@lw.com
6        505 Montgomery Street, Suite 2000
         San Francisco, CA 94111-6538
7        T: +1.415.391.0600 / F: +1.415.395.8095
8
9        Matthew J. Moore (*pro hac vice*)
         matthew.moore@lw.com
10       555 11th St, NW, Ste. 1000
         Washington, DC 20004
11       T: +1.202.637.2200 / F: +1.202.637.2201
12
13       Clement M. Naples (*pro hac vice*)
         clement.naples@lw.com
14       885 Third Avenue
         New York, NY 10022-4834
15       T: +1.212.906.1200 / F: +1.212.751.4864
16       Attorneys for Defendant Tesla, Incorporated

17
18                    **ATTESTATION**

19   I, Amit Makker, am the ECF user whose user ID and password authorized the filing of

20   this Document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have

21   concurred in this filing.
22

23   Dated:  April 1, 2019              /s/ Amit Makker
                                         Amit Makker
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
HONORABLE JAMES DONATO
United Stated District Court Judge