Leo R. Beus (*pro hac vice*)
L. Richard Williams (*pro hac vice*)
K. Reed Willis (*pro hac vice*)
**BEUS GILBERT PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE: (480) 429-3000
E-mail:        lbeus@beusgilbert.com
               rwilliams@beusgilbert.com
               rwillis@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Jill K. Cohoe (State Bar No. 296844)
**STEYER LOWENTHAL BOODROOKAS**
 **ALVAREZ & SMITH LLP**
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:      asteyer@steyerlaw.com
             smacrae@steyerlaw.com
             jcohoe@steyerlaw.com

*Attorneys for Plaintiff Nikola Corporation*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Nikola Corporation, a Delaware corporation, | Case No.:  3:18-CV-07460-JD |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| Tesla, Inc., a Delaware corporation, | |
| Defendant. | HON. JAMES DONATO |

3:18-CV-07460-JD

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

C:\NRPortbl\DMSDB1\PSPENCER\1720940_1.docx
1720940.1 - NIKOLA.TESLA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 6-2 and 7-12, and this Court's Standing Order For Civil Cases Before Judge James Donato, Nikola Corporation ("Nikola") and Tesla, Incorporated ("Tesla"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on December 27, 2018, a clerk's notice of impending reassignment to a U.S. District Court Judge vacated the previously set Initial Case Management Conference.

WHEREAS, on December 28, 2018, this case was assigned to the Honorable Judge James Donato for all further proceedings.

WHEREAS, on January 3, 2019, the Court issued a Case Management Scheduling Order setting the Initial Case Management Conference for March 21, 2019 at 10:00 AM in San Francisco, Courtroom 11, 19th Floor and ordering the Case Management Statement due by March 14, 2019.

WHEREAS, lead counsel for Tesla had a conflict with the March 21, 2019 Initial Case Management Conference date.  The parties filed a joint stipulation to move the Initial Case Management Conference from March 21, 2019 at 10:00 AM to March 28, 2019 at 10:00 AM. (Dkt. 79.)

WHEREAS, the Court issued an order re-setting the Initial Case Management Conference for April 11, 2019 at 10:00 AM in San Francisco, Courtroom 11, 19th Floor.

WHEREAS, counsel for Nikola had a conflict with the April 11, 2019 Initial Case Management Conference date, as set forth in the accompanying declaration.  The parties filed a joint stipulation to move the Initial Case Management Conference from April 11, 2019 at

3:18-CV-07460-JD                                         JOINT STIPULATION AND [PROPOSED]
                                                        ORDER TO CONTINUE INITIAL CASE
                                                        MANAGEMENT CONFERENCE

C:\NRPortbl\DMSDB1\PSPENCER\1720940_1.docx
1720940.1 - NIKOLA.TESLA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10:00 AM to June 13, 2019 at 10:00 AM in San Francisco, Courtroom 11, 19th Floor.  (Dkt. 85.)

WHEREAS, the Court issued an order re-setting the Initial Case Management Conference for July 18, 2019 at 10:00 AM.

WHEREAS, lead counsel for Nikola has a conflict with July 18, 2019 Initial Case Management Conference, as set forth in the accompanying declaration.  Counsel for Nikola contacted counsel for Tesla on June 28, 2019 to seek agreement to continue the Initial Case Management Conference.  Counsel for Tesla agreed to continue the Initial Case Management Conference and, on July 1, 2019, agreed to continue the Initial Case Management Conference to August 8, 2019 at 10:00 AM in San Francisco, Courtroom 11, 19th Floor.  Counsel for Tesla agreed to continue the Initial Case Management Conference because counsel for Nikola has represented that its lead counsel is unavailable on July 18, 2019.  Tesla does not need to continue the Initial Case Management Conference and remains available July 18, 2019 should the Court deny the stipulation.

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court reset the Initial Case Management Conference for August 8, 2019 at 10:00 AM, and the due date for the updated Case Management Statement for August 1, 2019.

3:18-CV-07460-JD

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

C:\NRPortbl\DMSDB1\PSPENCER\1720940_1.docx
1720940.1 - NIKOLA.TESLA

1  DATED:  July 2, 2019

2                                                          Respectfully submitted,

3                                                          By___/s/ K. Reed Willis_____
                                                                 K. Reed Willis

4
5                                                          **BEUS GILBERT PLLC**
                                                                 Leo R. Beus (Admitted *Pro Hac Vice*)
6                                                                lbeus@beusgilbert.com
                                                                 L. Richard Williams (Admitted *Pro Hac Vice*)
7                                                                rwilliams@beusgilbert.com
                                                                 K. Reed Willis (Admitted *Pro Hac Vice*)
8                                                                rwillis@beusgilbert.com
                                                                 701 North 44th Street
9                                                                Phoenix, AZ  85008-6504
10                                                               T:  480-429-3000 | F:  480-429-3001

11
                                                           **STEYER LOWENTHAL BOODROOKAS**
12                                                          **ALVAREZ & SMITH LLP**
                                                                 Allan Steyer (State Bar No. 100318)
13                                                               asteyer@steyerlaw.com
                                                                 Donald Scott Macrae (State Bar No. 104663)
14                                                               smacrae@steyerlaw.com
                                                                 Jill K. Cohoe (State Bar No. 296844)
15                                                               jcohoe@steyerlaw.com
16
17                                                               Attorneys for Plaintiff Nikola Corporation

18                                                          By ___/s/ Amit Makker_____
19                                                               Amit Makker
20
                                                           **LATHAM & WATKINS LLP**
21                                                               Perry J. Viscounty (Bar No. 132143)
                                                                 perry.viscounty@lw.com
22                                                               Amit Makker (Bar No. 280747)
                                                                 amit.makker@lw.com
23                                                               505 Montgomery Street, Suite 2000
                                                                 San Francisco, CA 94111-6538
24                                                               T: +1.415.391.0600 / F: +1.415.395.8095
25
26
27
28
        3:18-CV-07460-JD                                   JOINT STIPULATION AND [PROPOSED]
                                                           ORDER TO CONTINUE INITIAL CASE
                                                           MANAGEMENT CONFERENCE

                                                4

1

2

3

4

Matthew J. Moore (*pro hac vice*)
matthew.moore@lw.com
555 11th St, NW, Ste. 1000
Washington, DC 20004
T: +1.202.637.2200 / F: +1.202.637.2201

5

6

7

8

9

Clement M. Naples (*pro hac vice*)
clement.naples@lw.com
885 Third Avenue
New York, NY 10022-4834
T: +1.212.906.1200 / F: +1.212.751.4864
Attorneys for Defendant Tesla, Incorporated

10

## **ATTESTATION**

11

12

13

14

I, Jill K. Cohoe, am the ECF user whose user *ID* and password authorized the filing of this Document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

15

16

Dated:  July 2, 2019

*/s/ Jill K. Cohoe*
Jill K. Cohoe

17

18

19

20

21

22

23

24

25

26

27

28

3:18-CV-07460-JD

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

C:\NRPortbl\DMSDB1\PSPENCER\1720940_1.docx
1720940.1 - NIKOLA.TESLA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:_____        _____

HONORABLE JAMES DONATO
United Stated District Court Judge

3:18-CV-07460-JD

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

6

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following document(s):

**JOINT STIPUATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

[x]    By transmitting the above documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2019

P. Spencer
Patricia Spencer