Leo R. Beus *(pro hac vice)*
L. Richard Williams *(pro hac vice)*
K. Reed Willis *(pro hac vice)*
BEUS GILBERT PLLC
Attorneys at Law
701 North 44th Street
Phoenix, Arizona  85008-6504
Telephone:  (480) 429-3000
Facsimile:   (480) 429-3001
Email:   lbeus@beusgilbert.com
         rwilliams@beusgilbert.com
         rwillis@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Jill K. Cohoe (State Bar No. 296844)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:    asteyer@steyerlaw.com
           smacrae@steyerlaw.com
           jcohoe@steyerlaw.com

Attorneys for Plaintiff
Nikola Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>Tesla, Inc., a Delaware corporation,<br><br>                    Defendant. | Case No. 3:18-CV-07460-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, SET BRIEFING SCHEDULE, AND SCHEDULE CASE MANAGEMENT CONFERENCE** |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, SET BRIEFING SCHEDULE, AND SCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-CV-07460JD

1745832.1 - NIKOLA.TESLA

1  Pursuant to Civil Local Rules 6-2 and 7-12, and this Court's Standing Order For Civil Cases Before Judge James Donato, Nikola Corporation ("Nikola") and Tesla, Incorporated ("Tesla"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on October 31, 2019, Tesla filed its Renewed Motion to Dismiss Counts I-III of Third Amended Complaint ("Motion to Dismiss"), noticing a hearing date of December 5, 2019;

WHEREAS, K. Reed Willis, counsel for Nikola primarily responsible for opposing the Motion to Dismiss, is out on paternity leave and unavailable to oppose the Motion to Dismiss or appear at the hearing on December 5, 2019; and

WHEREAS, counsel for Tesla has agreed to a continuance of the hearing on the Motion to Dismiss and a revised briefing schedule in order to resolve the scheduling conflict.

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court reset the hearing on the Motion to Dismiss to January 16, 2020, with Nikola's opposition brief due on December 5, 2019 and Tesla's reply brief due on December 19, 2019.

THE PARTIES FURTHER JOINTLY REQUEST that the Court schedule a Case Management Conference in this matter to be held concurrently with the Motion to Dismiss hearing or within the next ninety (90) days.

DATED:  November 12, 2019              Respectfully submitted,


By:  /s/ K. Reed Willis
     K. Reed Willis

**BEUS GILBERT PLLC**
Leo R. Beus
L. Richard Williams
K. Reed Willis

/ / /

2

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, SET BRIEFING SCHEDULE, AND SCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-CV-07460JD

1745832.1 - NIKOLA.TESLA

**STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP**
 Allan Steyer
 Donald Scott Macrae
 Jill K. Cohoe

Attorneys for Plaintiff Nikola Corporation


By: */s/ Lauren Keller Katzenellenbogen*
  Lauren Keller Katzenellenbogen

**KNOBBE, MARTENS, OLSON & BEAR, LLP**
 Michael K. Friedland
 Lauren Keller Katzenellenbogen
 Adam B. Powell
 Kimberly A. Kennedy

Attorneys for Defendant Tesla, Inc.

**ATTESTATION**

I, Jill K. Cohoe, am the ECF user whose user *ID* and password authorized the filing of this Document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: November 11, 2019                    */s/ Jill K. Cohoe*
                                                                         Jill K. Cohoe

4

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, SET BRIEFING SCHEDULE, AND SCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-CV-07460JD

1745832.1 - NIKOLA.TESLA

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:_____  _____
HONORABLE JAMES DONATO
United Stated District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, SET BRIEFING SCHEDULE, AND SCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-CV-07460JD

1745832.1 - NIKOLA.TESLA

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS, SET BRIEFING SCHEDULE, AND SCHEDULE CASE MANAGEMENT CONFERENCE**

[x]   By transmitting the above documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2019

*/s/ Alma M. Caliz*
Alma M. Caliz