UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 16, 2020      Judge: Hon. James Donato

Time: 7 Minutes

Case No. **C-18-07460-JD**
Case Name **Nikola Corporation v. Tesla Incorporated**

Attorney(s) for Plaintiff(s):    K. Reed Willis/Allan Steyer
Attorney(s) for Defendant(s):    Lauren Keller Katzenellenbogen/Michael K. Friedland

Deputy Clerk: Lisa R. Clark      Court Reporter: Marla Knox

PROCEEDINGS

Initial Case Management Conference - Held

NOTES AND ORDERS

The case is referred to Magistrate Judge Corley for settlement.

The parties are directed to promptly advise the Court of any developments in the IPR proceedings.