Leo R. Beus (*pro hac vice*)
L. Richard Williams (*pro hac vice*)
K. Reed Willis (*pro hac vice*)
**BEUS GILBERT McGRODER PLLC**
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE: (480) 429-3000
E-mail:     lbeus@beusgilbert.com
            rwilliams@beusgilbert.com
            rwillis@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Jill K. Cohoe (State Bar No. 296844)
**STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP**
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:      asteyer@steyerlaw.com
             smacrae@steyerlaw.com
             jcohoe@steyerlaw.com

*Attorneys for Plaintiff Nikola Corporation*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>             Defendant. | Case No.: 3:18-CV-07460-JD<br><br>**STATUS UPDATE ON THE *INTER PARTES* REVIEW PROCEEDINIGS IN RESPONSE TO THE COURT'S ORDER (D.I. 121)** |

1  Pursuant to the Court's Order requesting a status update on the *inter partes* review
2  ("IPR") proceedings that were discussed at the January 16, 2020 case management conference,
3  Nikola Corp. and Tesla, Inc. provided this report.
4  On March 27, 2020, the United States Patent Trial and Appeal Board declined to
5  institute proceedings on Tesla's IPR petition challenging Nikola's U.S. Pat. No. 10,077,084.
6  Further, the PTAB declined to construe any claim term in the '084 patent.  Tesla has not
7  appealed the PTAB's decision to not institute IPR proceedings.
8  As a result, the parties agree that the IPR petition filed by Tesla will not have any effect
9  on the case before this Court.

| | | |
|---|---|---|
| 1 | DATED:   May 5, 2020 | Respectfully submitted, |
| 2 | | By   */s/ K. Reed Willis* |
| 3 | | K. Reed Willis |

**BEUS GILBERT McGRODER PLLC**
   Leo R. Beus (Admitted *Pro Hac Vice*)
   lbeus@beusgilbert.com
   L. Richard Williams (Admitted *Pro Hac Vice*)
   rwilliams@beusgilbert.com
   K. Reed Willis (Admitted *Pro Hac Vice*)
   rwillis@beusgilbert.com
   701 North 44th Street
   Phoenix, AZ  85008-6504
   T:  480-429-3000 | F:  480-429-3001

**STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP**
   Allan Steyer (State Bar No. 100318)
   asteyer@steyerlaw.com
   Donald Scott Macrae (State Bar No. 104663)
   smacrae@steyerlaw.com
   Jill K. Cohoe (State Bar No. 296844)
   jcohoe@steyerlaw.com

   Attorneys for Plaintiff Nikola Corporation


By   */s/ Michael K. Friedland*
   Lauren Keller Katzenellenbogen

 **KNOBBE MARTENS OLSON & BEAR LLP**
   Michael K. Friedland
   Lauren Keller Katzenellenbogen
   Adam B. Powell
   Kimberly A. Kennedy

Attorneys for Defendant TESLA, INC.

## **ATTESTATION**

I, Jill K. Cohoe, am the ECF user whose user *ID* and password authorized the filing of this Document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated:  <u>May 5, 2020</u>            <u>/s/     *Jill K. Cohoe*                              </u>

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.  I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following document(s):

**STATUS UPDATE ON THE *INTER PARTES* REVIEW PROCEEDING IN RESPONSE TO THE COURT'S ORDER (D.I. 121)**

[x]   By transmitting the above documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2020

_____
Alma M. Caliz