UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA INCORPORATED,<br><br>    Defendant. | Case No. 18-cv-07460-JD   (JSC)<br><br>**SETTLEMENT CONFERENCE ORDER NO. 1** |

This matter has been assigned to the undersigned magistrate judge for settlement purposes. The Court will hold an initial **video** settlement conference with the parties on **Tuesday, June 30, 2020 at 10:30 a.m**. The Court's Deputy Clerk will contact the parties about a week before the conference to obtain the emails of the settlement participants. The settlement conference may not be recorded in any form and each participant is required to ensure that no one other than authorized participants views and hears the conference.

The parties are encouraged to engage in discussions and share information prior to the conference in order to make the proceeding as productive as possible. Further, each party must have a designer or person with design responsibility attend the settlement conference.

If any party believes it would be helpful, it may submit a settlement conference statement to the Court, with a copy to the opposing party, to jscsettlement@cand.uscourts.gov, but no statement is required for this initial settlement conference.

**IT IS SO ORDERED.**

Dated: May 13, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge