Leo R. Beus (*Pro Hac Vice*)
L. Richard Williams (*Pro Hac Vice*)
K. Reed Willis (*Pro Hac Vice*)
**BEUS GILBERT MCGRODER PLLC**
701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000
E-MAIL:       lbeus@beusgilbert.com
              rwillis@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Jill K. Cohoe (State Bar No. 296844)
**STEYER LOWENTHAL BOODROOKAS**
  **ALVAREZ & SMITH LLP**
235 PINE STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104
TELEPHONE:    415-421-3400
FACSIMILE:    415-421-2234
E-MAIL:       asteyer@steylaw.com
              smacrae@steyerlaw.com
              jcohoe@steyerlaw.com

*Attorneys for Plaintiff Nikola Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant/Counterclaimant. | Case No.: 3:18-CV-07460-JD<br><br>Hon. James Donato<br><br>**RESPONSE TO TESLA INC.'S COUNTERCLAIMS** |

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Nikola Corporation responds to Tesla, Inc's counterclaims.

## PARTIES

1. Nikola lacks sufficient information to admit or deny the allegations in this paragraph 1, and therefore denies the allegations.

2. Admitted.

## JURISDICTION AND VENUE

3. Nikola admits that the counterclaim purports to seek a declaratory judgment under 28 U.S.C. §§ 2201, 2202.

4. Paragraph 4 contains a legal conclusion, which does not require an answer. To the extent an answer is required, Nikola does not contest subject matter jurisdiction.

5. Nikola denies that venue is proper under 28 U.S.C. § 1391. Nikola further denies that this Court is Nikola's choice of forum. Nevertheless, Nikola will not contest venue.

6. Nikola admits that it is enforcing United States Patents Nos. D811,944 (the "'D944 Patent"), D811,968 (the "'D968 Patent"), D816,004 (the "'D044 Patent"), and 10,077,084 (the "'084 Patent") (collectively the "Patents-inSuit") and Nikola's Nikola One trade dress against Tesla. Nikola denies any other allegation in paragraph 6 except as specifically admitted.

7. Nikola admits that it owns the 'D944 Patent, the 'D968 Patent, the 'D004 Patent, and the '084 Patent.

8. Nikola admits that Tesla purports to deny infringing the Patents-in-Suit. Nikola asserts that Tesla infringes the Patents-in-Suit and denies any other allegation contained in paragraph 8.

9. Nikola admits that Tesla purports to assert that the Patents-in-Suit are invalid. Nikola denies that the Patents-in-Suit are invalid and denies any other allegation in paragraph 9.

10. Nikola admits that it owns the Nikola One trade dress.

11. Nikola admits that Tesla purports to deny that it infringes on any protectable Nikola trade dress. Nikola asserts that the Nikola One trade dress is protectable and Tesla infringes the Nikola One trade dress. To the extent not admitted, Nikola denies any other allegation in paragraph 11.

12. Nikola admits that Tesla purports to allege that the Nikola One trade dress is invalid for inherent distinctiveness, lacks secondary meaning, and is functional. Nikola asserts that the Nikola One trade dress is protectable. To the extent not admitted, Nikola denies any other allegation in paragraph 12.

13. Nikola admits that an actual controversy exits between Nikola and Tesla.

**NIKOLA DENIES ANY INEQUITABLE CONDUCT DURING PROSECUTION OF THE 'D944 PATENT, THE 'D968 PATENT, AND THE 'D004 PATENT.**

14. Nikola admits that Adriano Mudri is the designer of the Road Runner concept truck. Nikola lacks any information to admit or deny the remaining allegations in paragraph 14 and denies those allegations on that basis. Nikola lacks information as to the veracity or authenticity of the photographs in paragraph 14 and further denies any allegation based on the pictures.

15. Nikola admits that Trevor Milton is the founder of Nikola and one of the named inventors on the 'D944 Patent, the 'D968 Patent, and the 'D044 Patent. Nikola admits that Milton met with Mudri in 2015. Nikola denies any other allegation in paragraph 15 that is not specifically admitted.

16. Admitted.

17. Admitted

18. Admitted.

19. Nikola admits that named inventors and their attorneys have a duty of candor to the United States Patent and Trademark Office.

20. Admitted.

21. Admitted.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

**FIRST COUNTERCLAIM – DECLARATION OF NONINFRINGEMENT OF THE 'D944 PATENT.**

31. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

32. Nikola admits that Tesla purports to allege in paragraph 32 that it does not infringe the 'D944 patent. Nikola asserts that Tesla infringes the 'D944 patent and Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of noninfringement.

33. Denied.

**SECOND COUNTERCLAIM – DECLARATION OF PATENT INVALIDITY OF THE 'D944 PATENT.**

34. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

35. Nikola admits that Tesla purports to allege in paragraph 35 that the 'D944 Patent is invalid. Nikola denies that the 'D944 patent is invalid and asserts that Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of patent invalidity.

36. Nikola denies that any of the references cited are invalidating prior art. Nikola has no knowledge of the veracity or authenticity of the pictures included in paragraph 36 and as such denies the allegations on that basis.

37. Nikola denies that Tesla is entitled to a judicial declaration that the 'D944 Patent is invalid.

## THIRD COUNTERCLAIM – DECLARATION OF NONINFRINGEMENT OF THE 'D968 PATENT.

38. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

39. Nikola admits that Tesla purports to allege in paragraph 39 that it does not infringe the 'D968 patent. Nikola asserts that Tesla infringes the 'D968 patent and Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of noninfringement.

40. Denied.

## FOURTH COUNTERCLAIM – DECLARATION OF PATENT INVALIDITY OF THE 'D968 PATENT.

41. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

42. Nikola admits that Tesla purports to allege in paragraph 42 that the 'D968 Patent is invalid. Nikola denies that the 'D968 patent is invalid and asserts that Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of patent invalidity.

43. Nikola denies that any of the references cited are invalidating prior art. Nikola has no knowledge of the veracity or authenticity of the pictures included in paragraph 43 and as such denies the allegations on that basis.

44. Nikola denies that Tesla is entitled to a judicial declaration that the 'D968 Patent is invalid.

## FIFITH COUNTERCLAIM – DECLARATION OF NONINFRINGEMENT OF THE 'D004 PATENT.

45. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

46. Nikola admits that Tesla purports to allege in paragraph 46 that it does not infringe the 'D004 patent. Nikola asserts that Tesla infringes the 'D004 patent and Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of noninfringement.

47. Denied.

## SIXTH COUNTERCLAIM – DECLARATION OF PATENT INVALIDITY OF THE 'D004 PATENT.

48. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

49. Nikola admits that Tesla purports to allege in paragraph 49 that the 'D004 Patent is invalid. Nikola denies that the 'D004 patent is invalid and asserts that Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of patent invalidity.

50. Nikola denies that any of the references cited are invalidating prior art. Nikola has no knowledge of the veracity or authenticity of the pictures included in paragraph 50 and as such denies the allegations on that basis.

51. Nikola denies that Tesla is entitled to a judicial declaration that the 'D004 Patent is invalid.

**SEVENTH COUNTERCLAIM – DECLARATION OF NONINFRINGEMENT OF THE '084 PATENT.**

52. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

53. Nikola admits that Tesla purports to allege in paragraph 53 that it does not infringe the '084 patent. Nikola asserts that Tesla infringes the '084 patent and Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of noninfringement.

54. Denied.

**EIGHTH COUNTERCLAIM – DECLARATION OF PATENT INVALIDITY OF THE '084 PATENT.**

55. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

56. Nikola admits that Tesla purports to allege in paragraph 56 that the '089 Patent is invalid. Nikola denies that the '089 patent is invalid and asserts that Tesla has failed to allege the necessary elements to state a claim for declaratory judgment of patent invalidity.

57. Nikola denies that any of the references cited are invalidating prior art. Nikola, on that basis, denies the allegations in paragraph 57.

58. Nikola denies that Tesla is entitled to a judicial declaration that the '089 Patent is invalid.

**NINTH COUNTERCLAIM – DECLARATION OF NONINFRINGEMENT OF NO TRADE DRESS INFRINGEMENT.**

59. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

60. Nikola admits that Tesla purports to allege in paragraph 60 that it does not infringe the trade dress of the Nikola One. Nikola asserts that Tesla infringes the Nikola One trade dress and that the Nikola One trade dress is protectable.

61. Denied.

**TENTH COUNTERCLAIM – DECLARATION JUDGEMENT OF NO TRADE DRESS RIGHTS**

62. Nikola incorporates Paragraphs 1-13 of its Answer to Tesla's Counterclaim as if fully set forth.

63. Nikola denies that the Nikola One trade dress is not inherently distinctive, has acquire no secondary meaning, and is functional. Nikola asserts that Tesla has failed to adequately plead its claim of no trade dress rights.

64. Denied.

**ELEVENTH COUNTERCLAIM – DECLARATION OF PATENT UNENFORCEABILITY**

65. Nikola incorporates Paragraphs 1-30 of its Answer to Tesla's Counterclaim as if fully set forth.

66. Denied.

67. Denied.

68. Denied.

## PRAYER FOR RELIEF

69. Nikola denies that Tesla is entitled to any relief that it was set out in its prayer for relief.

## DEMAND FOR JURY TRIAL

70. This paragraph is Tesla's demand for a jury trial under Federal Rule of Civil Procedure 38(b).  No response is required.

## AFFIRMATIVE DEFENSES

Without prejudice to the denials set forth above and without undertaking any burden imposed on law imposed on Nikola for its counterclaims, Nikola asserts the following Affirmative Defenses to Tesla's Counterclaim.

## FIRST AFFIRMATIVE DEFENSE: FAILURE TO STATE A CLAIM

71. Tesla has failed to state a claim for patent noninfringement, patent invalidity, patent unenforceability, trade dress noninfringement and no trade dress rights under Federal Rule of Civil Procedure 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE: UNCLEAN HANDS

72. Tesla's counterclaims are barred in whole or part by Tesla's unclean hands.

## THIRD AFFIRMATIVE DEFENSE: FAILURE TO STATE AN EXCEPTIONAL CASE

73. Tesla's counterclaims fail to state a claim for an exceptional case under 35 U.S.C. § 285 and applicable case law.

**FOURTH AFFIRMATIVE DEFENSE: ADDITIONAL DEFENSES**

74.  Nikola reserves the right to present any additional defenses or claims that discovery may reveal.

DATED:  October 14, 2020              Respectfully submitted,

                                      By  /s/ K. Reed Willis
                                         K. Reed Willis

                                      **BEUS GILBERT PLLC**
                                         Leo R. Beus (Admitted *Pro Hac Vice*)
                                         lbeus@beusgilbert.com
                                         K. Reed Willis (Admitted *Pro Hac Vice*)
                                         rwillis@beusgilbert.com
                                         701 North 44th Street
                                         Phoenix, AZ  85008-6504
                                         T:  480-429-3000 | F:  480-429-3001

                                      **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
                                         Allan Steyer (State Bar No. 100318)
                                         asteyer@steyerlaw.com
                                         Donald Scott Macrae (State Bar No. 104663)
                                         smacrae@steyerlaw.com
                                         Jill K. Cohoe (State Bar No. 296844)
                                         jcohoe@steyerlaw.com

                                         Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael K. Friedland (Bar No. 157217) | Michael.Friedland@knobbe.com
Lauren Keller Katzenellenbogen (Bar No. 223370) | Lauren.Katzenellenbogen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614

Adam B. Powell (Bar No. 272725) | adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130

Attorneys for Defendant

　　　　　　　　　　　　　　　　　*/s/ Alma M. Caliz*
　　　　　　　　　　　　　　　　　Alma M. Caliz