UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLA CORPORATION,<br>    Plaintiff,<br>    v.<br>TESLA INCORPORATED,<br>    Defendant. | Case No.  3:18-cv-07460-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Patent L.R. 3-1 and 3-2: Infringement Contentions and Related Document Disclosure | December 18, 2020 |
| Patent L.R. 3-3 and 3-4: Invalidity Contentions and Related Document Disclosure | February 12, 2021 |
| Patent L.R. 4-1: Exchange of Proposed Terms for Construction | February 26, 2021 |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions and Extrinsic Evidence | March 19, 2021 |
| Patent L.R. 3-8: Damage Contentions by Nikola | April 2, 2021 |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | April 16, 2021 |
| Patent L.R. 3-9: Responsive Damages Contentions by Tesla | May 7, 2021 |

| Event | Deadline |
|---|---|
| Patent L.R. 4-4: Completion of Claim Construction Discovery | May 21, 2021 |
| Patent L.R. 4-5(a): Opening Claim Construction Brief | June 4, 2021 |
| Patent L.R. 4-5(b): Responsive Claim Construction | June 18, 2021 |
| Patent L.R. 4-5(c): Reply Claim Construction Brief | June 25, 2021 |
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | <u>Tutorial</u>: September 16, 2021 at 11:00 a.m.<br><br><u>Claim Construction</u>: September 30, 2021 at 11:00 a.m. |
| Patent L.R. 3-7: Advice of Counsel | 30 days after service of Court's Claim Construction Ruling |
| Last Day to Move to Amend Pleadings or Add Parties | February 5, 2021 |
| Close of Fact Discovery | November 19, 2021 |
| Expert Disclosure (Initial) | January 7, 2022 |
| Expert Disclosure (Rebuttal) | January 28, 2022 |
| Reply Expert Reports | February 11, 2022 |
| Close of Expert Discovery | March 18, 2022 |
| Last Day to File Daubert and Dispositive Motions | April 22, 2022 |
| Final Pretrial Conference | August 18, 2022 |
| Jury Trial | September 5, 2022 |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.

**IT IS SO ORDERED.**

Dated:  November 23, 2020

_____
JAMES DONATO
United States District Judge