Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Nikola Corporation

Plaintiff(s),

v.

Tesla, Inc.

Defendant(s).

Case No: 3:18-cv-7460

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Dustin M. Knight, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Tesla, Inc. in the above-entitled action. My local co-counsel in this case is Heidi L. Keefe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cooley LLP, 11951 Freedom Dr., 16th Fl., Reston, VA 20190 | Cooley, LLP, 3175 Hanover Street, Palo Alto, CA 94304-1130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (703) 456-8000 | (650) 843-5000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dknight@cooley.com | hkeefe@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: VA 92344.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/09/21

Dustin M. Knight
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dustin M. Knight is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/10/2021

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                           October 2012