COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

HEIDI L. KEEFE (SBN 178960)
(hkeefe@cooley.com)
LAM K. NGUYEN (SBN 265285)
(lnguyen@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

ADAM M. PIVOVAR (SBN 246507)
(apivovar@cooley.com)
1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004-2446
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

DUSTIN M. KNIGHT (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Dr.
One Freedom Square, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Defendant Tesla, Inc.*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIKOLA CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>TESLA, INC.,<br><br>       Defendant. | Case No.  3:18-cv-07460-JD<br><br>Judge James Donato<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ALL DEADLINES** |

1   This Stipulation is entered into by and among Plaintiff Nikola Corporation ("Nikola") and
2   Defendant Tesla, Inc. ("Tesla") (collectively, "the Parties"), by and through their respective counsel.
3   The Parties jointly stipulate and declare as follows:

4   WHEREAS, the Court issued a Scheduling Order dated December 2, 2020 (D.I. 136);

5   WHEREAS, new counsel for Tesla made an appearance in this case on February 5, 2020 (D.
6   I. 137-140);

7   WHEREAS, Tesla's invalidity contentions are presently due on February 12, 2021 pursuant to
8   the Court's Scheduling Order and Patent L.R. 3-3 and 3-4;

9   WHEREAS, the Parties agree that a fourteen-day extension of certain deadlines in the
10  Scheduling Order will serve the interests of fairness;

11  NOW THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties through their respective
12  counsel, hereby stipulate, agree, and request the Court extend the following deadlines within the
13  Scheduling Order (D.I. 136) by fourteen days:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Patent L.R. 3-3 and 3-4: Invalidity Contentions and Related Document Disclosure | February 12, 2021 | February 26, 2021 |
| Patent L.R. 4-1: Exchange of Proposed Terms for Construction | February 26, 2021 | March 12, 2021 |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions and Extrinsic Evidence | March 19, 2021 | April 2, 2021 |
| Patent L.R. 3-8: Damage Contentions by Nikola | April 2, 2021 | April 16, 2021 |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | April 16, 2021 | April 30, 2021 |
| Patent L.R. 3-9: Responsive Damages Contentions by Tesla | May 7, 2021 | May 21, 2021 |
| Patent L.R. 4-4: Completion of Claim Construction Discovery | May 21, 2021 | June 4, 2021 |

| Event | Original Deadline | New Deadline |
|---|---|---|
| Patent L.R. 4-5(a): Opening Claim Construction Brief | June 4, 2021 | June 18, 2021 |
| Patent L.R. 4-5(b): Responsive Claim Construction | June 18, 2021 | July 2, 2021 |
| Patent L.R. 4-5(c): Reply Claim Construction Brief | June 25, 2021 | July 9, 2021 |
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | <u>Tutorial:</u> September 16, 2021 at 11:00 a.m.<br><br><u>Claim Construction:</u> September 30, 2021 at 11:00 a.m. | <u>Tutorial:</u> September 16, 2021 at 11:00 a.m.<br><br><u>Claim Construction:</u> September 30, 2021 at 11:00 a.m. |
| Patent L.R. 3-7: Advice of Counsel | 30 days after service of Court's Claim Construction Ruling | 30 days after service of Court's Claim Construction Ruling |
| Close of Fact Discovery | November 19, 2021 | December 3, 2021 |
| Expert Disclosure (Initial) | January 7, 2022 | January 21, 2022 |
| Expert Disclosure (Rebuttal) | January 28, 2022 | February 11, 2022 |
| Reply Expert Reports | February 11, 2022 | February 25, 2022 |
| Close of Expert Discovery | March 18, 2022 | April 1, 2022 |
| Last Day to File Daubert and Dispositive Motions | April 22, 2022 | May 6, 2022 |
| Final Pretrial Conference | August 18, 2022 | August 18, 2022 |
| Jury Trial | September 5, 2022 | September 5, 2022 |

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated:  February 12, 2021 | Respectfully submitted, |
| 2 | | /s/ *Adam Pivovar* |
| 3 | | COOLEY LLP |
| | | Michael G. Rhodes (SBN 116127) |
| 4 | | (rhodesmg@cooley.com) |
| | | 101 California Street, 5th Floor |
| 5 | | San Francisco, CA 94111-5800 |
| | | Telephone: (415) 693-2000 |
| 6 | | Facsimile: (415) 693-2222 |
| 7 | | Heidi L. Keefe (SBN 178960) |
| | | (hkeefe@cooley.com) |
| 8 | | Lam K. Nguyen (SBN 265285) |
| | | (lnguyen@cooley.com) |
| 9 | | 3175 Hanover Street |
| | | Palo Alto, CA 94304-1130 |
| 10 | | Telephone: (650) 843-5000 |
| | | Facsimile: (650) 849-7400 |
| 11 | | |
| | | Adam M. Pivovar (SBN 246507) |
| 12 | | (apivovar@cooley.com) |
| | | 1299 Pennsylvania Ave., NW Ste. 700 |
| 13 | | Washington, DC 20004-2446 |
| | | Telephone: (202) 842-7800 |
| 14 | | Facsimile: (202) 842-7899 |
| 15 | | Dustin M. Knight (*pro hac vice*) |
| | | (dknight@cooley.com) |
| 16 | | 11951 Freedom Dr. |
| | | One Freedom Square, 14th Floor |
| 17 | | Reston, VA 20190 |
| | | Telephone: (703) 456-8000 |
| 18 | | Facsimile: (703) 456-8100 |
| 19 | | *Attorneys for Defendant Tesla, Inc.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: February 12, 2021 | /s/ *K. Reed Willis* |

STEYER LOWENTHAL BOONDROOKAS
ALVAREZ & SMITH
Allan Steyer
(asteyer@steyerlaw.com)
Donald S. Macrae
(smacrae@steyerlaw.com)
Jill K. Cohoe
(jcohoe@steyerlaw.com)
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

BEUS GILBERT PLLC
Kenneth Reed Willis
(rwillis@beusgilbert.com)
Leo R. Beus
(lbeus@beusgilbert.com)
Richard L. Williams
701 North 44th Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000
Facsimile: (480) 429-3001

*Attorneys for Plaintiff Nikola Corporation*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 12, 2021

/s/ *Adam Pivovar*
Adam Pivovar

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  _____

Honorable James Donato
United States District Judge