COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

HEIDI L. KEEFE (SBN 178960)
(hkeefe@cooley.com)
LAM K. NGUYEN (SBN 265285)
(lnguyen@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

ADAM M. PIVOVAR (SBN 246507)
(apivovar@cooley.com)
1299 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004-2446
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

DUSTIN M. KNIGHT (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Dr.
One Freedom Square, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Defendant Tesla, Inc.*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NIKOLA CORPORATION,<br><br>　　　　Plaintiff and Counter-defendant,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant and Counter-claimant. | Case No. 3:18-cv-07460-JD<br><br>Judge James Donato<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME (CIVIL L.R. 6-2) AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff and Counter-defendant Nikola Corporation ("Nikola") and Defendant and Counter-claimant Tesla, Inc. ("Tesla") (collectively, "the Parties"), submit this Joint Stipulated Request for Order Changing Time (Civil L.R. 6-2) and [Proposed] Order:

WHEREAS, on December 2, 2020, the Court issued its Scheduling Order setting forth initial deadlines in this matter (ECF No. 136);

WHEREAS, on February 12, 2021, the Parties filed a joint stipulation seeking a fourteen-day extension of all deadlines in the Scheduling Order (ECF No. 143), with the exception of the tutorial hearing, claim construction hearing, final pretrial conference, and jury trial date;

WHEREAS, on February 12, 2021, the Court issued an Order extending Tesla's time to file invalidity contentions to March 1, 2021 and directing the Parties to submit a proposed amended scheduling order for all remaining pre-trial dates (ECF No. 144);

WHEREAS, on February 19, 2021, the Parties submitted the requested proposed Amended Scheduling Order (ECF No. 145);

WHEREAS, on February 25, 2021, the Court issued an Order entering an Amended Scheduling Order consistent with the Parties' February 19, 2021 submission (ECF No. 146);

WHERAS, the Parties have conferred and agree that a change to the claim construction hearing date from September 30, 2021 to October 7, 2021 is necessary to accommodate a scheduling conflict that has arisen for counsel for Tesla. (*See* Declaration of Adam Pivovar in Support of Joint Stipulated Request for Order Changing Time (Civil L.R. 6-2) and [Proposed] Order ("Pivovar Decl." ¶¶2-3);

WHEREAS, prior modifications of time are detailed in the Pivovar Declaration (Pivovar Decl., ¶4);

WHEREAS, the Parties' requested change to the schedule impacts the scheduled date for the claim construction hearing, but does not affect any remaining dates in the Court's Amended Scheduling Order (Pivovar Decl., ¶¶5-6);

IT IS HEREBY AGREED AND STIPULATED by and between the Parties, through their respective counsel, that the below scheduled date for the claim construction hearing should be modified:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | Tutorial: September 16, 2021 at 11:00 a.m.<br><br>Claim Construction: September 30, 2021 at 11:00 a.m. | Tutorial: September 16, 2021 at 11:00 a.m.<br><br>Claim Construction: October 7, 2021 at 11:00 a.m. |

**IT IS SO STIPULATED**.

Dated:  June 23, 2021

Respectfully submitted,

/s/ *Adam Pivovar*

COOLEY LLP
Michael G. Rhodes (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Heidi L. Keefe (SBN 178960)
(hkeefe@cooley.com)
Lam K. Nguyen (SBN 265285)
(lnguyen@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Adam M. Pivovar (SBN 246507)
(apivovar@cooley.com)
1299 Pennsylvania Ave., NW Ste. 700
Washington, DC 20004-2446
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Dustin M. Knight (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Dr.
One Freedom Square, 14th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Defendant Tesla, Inc.*

| | |
|---|---|
| Dated: June 23, 2021 | /s/ *Kenneth Reed Willis* |
| | Allan Steyer |
| | (asteyer@steyerlaw.com) |
| | Donald S. Macrae |
| | (smacrae@steyerlaw.com) |
| | Jill K. Cohoe |
| | (jcohoe@steyerlaw.com) |
| | STEYER LOWENTHAL BOONDROOKAS ALVAREZ & SMITH |
| | 235 Pine Street, 15th Floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 421-3400 |
| | Facsimile: (415) 421-2234 |
| | |
| | Kenneth Reed Willis |
| | (rwillis@beusgilbert.com) |
| | Leo R. Beus |
| | (lbeus@beusgilbert.com) |
| | Richard L. Williams |
| | BEUS GILBERT PLLC |
| | 701 North 44th Street |
| | Phoenix, Arizona 85008-6504 |
| | Telephone: (480) 429-3000 |
| | Facsimile: (480) 429-3001 |
| | |
| | *Attorneys for Plaintiff Nikola Corporation* |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 23, 2021         /s/ *Adam Pivovar*
                                               Adam Pivovar

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____         _____
                                               Honorable James Donato
                                               United States District Judge