Leo R. Beus (*Pro Hac Vice*)
L. Richard Williams (*Pro Hac Vice*)
**BEUS GILBERT MCGRODER PLLC**
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000
E-MAIL: lbeus@beusgilbert.com
rwilliams@beusgilbert.com
rwillis@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Jill K. Cohoe (State Bar No. 296844)
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
235 PINE STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: 415-421-3400
FACSIMILE: 415-421-2234
E-MAIL: asteyer@steylaw.com
smacrae@steyerlaw.com
jcohoe@steyerlaw.com

*Attorneys for Plaintiff Nikola Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Nikola Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tesla, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 3:18-CV-07460-JD<br><br>Hon. James Donato<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL** |

# NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that K. Reed Willis of Beus Gilbert McGroder PLLC hereby withdraws his pro hac vice appearance as one of the attorneys of record in this matter on behalf of Nikola Corporation. The undersigned counsel, as well as all other pro hac vice counsel from Beus Gilbert McGroder PLLC, remain counsel of record for Plaintiff.

DATED: 8 September 2021

By    /s/ L. Richard Williams
    L. Richard Williams

**BEUS GILBERT PLLC**
    Leo R. Beus (Admitted *Pro Hac Vice*)
    lbeus@beusgilbert.com
    L. Richard Williams (Admitted *Pro Hac Vice*)
    rwilliams@beusgilbert.com
    701 North 44th Street
    Phoenix, AZ 85008-6504
    T: 480-429-3000 | F: 480-429-3001

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
    Allan Steyer (State Bar No. 100318)
    asteyer@steyerlaw.com
    Donald Scott Macrae (State Bar No. 104663)
    smacrae@steyer law .com
    Jill K. Cohoe (State Bar No. 296844)
    jcohoe@steyerlaw.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following document(s):

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

[x]  By transmitting the above documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2021

_____
Alma Caliz

**SERVICE LIST**

Michael K. Friedland (Bar No. 157217) | Michael.Friedland@knobbe.com
Lauren Keller Katzenellenbogen (Bar No. 223370) |
Lauren.Katzenellenbogen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614

Adam B. Powell (Bar No. 272725) | adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130

Heidi L. Keefe (Bar No. 178960) / hkeefe@colley.com
Lam K. Nguyen (Bar No. 254285) / lnguyen@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130

Michael g. Rhodes (Bar No. 116127) / rhodesmg@colley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800

Adam M. Pivovar (Bar No. 246507) / apivovar@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C.  20004-2400

Eric Michael Fraser / efraser@omlaw.com
Osborn Maledon PA
P.O. Box 36379
Phoenix, AZ 85067-6379

Kimberly Ann Kennedy / kim.kennedy@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614