Leo R. Beus (*Pro Hac Vice*)
L. Richard Williams (*Pro Hac Vice*)
**BEUS GILBERT MCGRODER** PLLC
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000
E-MAIL:      lbeus@beusgilbert.com
                rwilliams@beusgilbert.com

Allan Steyer (State Bar No. 100318)
Donald Scott Macrae (State Bar No. 104663)
Jill K. Cohoe (State Bar No. 296844)
**STEYER LOWENTHAL BOODROOKAS**
 **ALVAREZ & SMITH LLP**
235 PINE STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE:   415-421-3400
FACSIMILE:   415-421-2234
E-MAIL:      asteyer@steylaw.com
                smacrae@steyerlaw.com
                jcohoe@steyerlaw.com

*Attorneys for Plaintiff Nikola Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Nikola Corporation, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Tesla, Inc., a Delaware corporation, <br><br> Defendant. | Case No.: 3:18-CV-07460-JD <br><br> The Hon. James Donato <br><br> **DECLARATION OF L. RICHARD WILLIAMS IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

## <u>DECLARATION OF L. RICHARD WILLIAMS</u>

I, L. Richard Williams, declare as follows:

1.      I am a member of the Bar of the State of Arizona and a Member of Beus Gilbert McGroder, PLLC, attorneys for Nikola Corporation.  I make this declaration of personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

1.      Attached as **Exhibit A** hereto is a copy of the 14 July 2021 email notifying Reed Willis that Tesla attorney Dustin Knight had reached out telephonically to discuss the scheduling order.

2.      Attached as **Exhibit B** hereto is a copy of the 14 September 2021 emails between Reed Willis and Tesla attorney Dustin Knight scheduling a time to discuss the scheduling order.

3.      Attached as **Exhibit C** hereto is a copy of the 3 September 2021 email from Reed Willis to Tesla attorney Dustin Knight notifying Mr. Knight that he left Beus Gilbert McGroder, PLLC.

4.      Attached as **Exhibit D** hereto is a copy of the 24 September 2021 email from Leo Beus to Trevor Milton regarding contacting Mr. Milton's attorneys to determine his availability for deposition.

5.      Attached as **Exhibit E** hereto is a copy of the 27 September 2021 email from Dustin Knight to Richard Williams, David Neal, Lam Nguyen and Adam Pivovar regarding follow up from a phone call between the parties on 24 September 2021.

6.      Attached as **Exhibit F** hereto is a copy of the 28 September 2021 email from Leo Beus to Trevor Milton regarding which attorney to contact in Mr. Milton's criminal case.

7.      Attached as **Exhibit G** hereto is a copy of the 28 September 2021 email from Dustin Knight to Richard Williams, David Neal, Lam Nguyen and Adam Pivovar providing a draft Joint Statement for submission to the court.

8.      Attached as **Exhibit H** hereto is a copy of the draft Joint Statement for Submission to the Court that was attached to Exhibit E.

9.      Attached as **Exhibit I** hereto is a copy of the 29 September 2021 email from Richard Williams to David Neal regarding edits to the draft Joint Statement on Proposed Case Schedule.

10.     Attached as **Exhibit J** hereto is a copy of the 29 September 2021 email from Leo Beus to Brad Bondi and Richard Williams regarding Trevor Milton's availability for deposition.

11.     Attached as **Exhibit K** hereto is a copy of the 5 October 2021 email from David Neal to Dustin Knight, Adam Pivovar, and Richard Williams regarding a proposed case schedule for discussion.

12.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 6th day of October 2021 at Phoenix, Arizona.

By____*/s/ L. Richard Williams*_____
            L. Richard Williams

DECLARATION OF L. RICHARD WILLIAMS
IN SUPPORT OF PLAINTIFF'S RESPONSE
TO ORDER TO SHOW CAUSE

# EXHIBIT A

| | |
|---|---|
| **From:** | Lisa Hoogervorst |
| **To:** | Reed Willis |
| **Subject:** | Phone call |
| **Date:** | Wednesday, July 14, 2021 1:48:55 PM |

Reed, you got a call from Dustin Knight at Cooley who wants to discuss the Tesla file proposed schedule.

Please call Dustin at 571 643 5164.

Thank you,

**Lisa Hoogervorst**

**Legal Secretary**

## Beus Gilbert McGroder pllc

701 North 44th Street | Phoenix, AZ 85008
Direct: 480.429.3108 | Main: 480.429.3000 | Fax: 480.429.3111
**Email:** lhoogervorst@beusgilbert.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT B

| | |
|---|---|
| **From:** | Knight, Dustin M |
| **To:** | Reed Willis |
| **Subject:** | RE: Nikola-Tesla |
| **Date:** | Wednesday, July 14, 2021 2:00:43 PM |

Sounds good – my Friday is wide open; feel free to give me a call whenever works best for you. 571-643-5164.

**Dustin Knight**
Office: +1 703 456 8024 • Fax: +1 703 456 8100 • Cell: +1 571 643 5164
Email: dknight@cooley.com • www.cooley.com

**From:** Reed Willis <rwillis@beusgilbert.com>
**Sent:** Wednesday, July 14, 2021 4:59 PM
**To:** Knight, Dustin M <dknight@cooley.com>
**Subject:** Re: Nikola-Tesla

**[External]**

Thanks, Dustin. I agree we will need to adjust the rest of the schedule. Let's plan on discussing on Friday if you're available.

Best,
Reed

Get Outlook for Android

**From:** Knight, Dustin M <dknight@cooley.com>
**Sent:** Wednesday, July 14, 2021 4:53:24 PM
**To:** Reed Willis <rwillis@beusgilbert.com>
**Subject:** RE: Nikola-Tesla

Hi Reed,

Related to that, yes. The proposed November / December hearing date impacts the rest of the case schedule, which I wanted to discuss with you. Given that we have time to figure this out, we can wait until you're back in the office for us to discuss.

Best,
Dustin

**Dustin Knight**
Office: +1 703 456 8024 • Fax: +1 703 456 8100 • Cell: +1 571 643 5164
Email: dknight@cooley.com • www.cooley.com

**From:** Reed Willis <rwillis@beusgilbert.com>
**Sent:** Wednesday, July 14, 2021 4:51 PM
**To:** Knight, Dustin M <dknight@cooley.com>
**Subject:** Nikola-Tesla

**[External]**

---

Dustin,

I'm out of office in another matter. I'm assuming you want to discuss claim construction hearing dates. What dates work for you? We are generally available in November and December.

Thanks,
Reed

Get Outlook for Android

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT C

**Nancy Leahy**

| | |
|---|---|
| **From:** | Reed Willis <rwillis@beusgilbert.com> |
| **Sent:** | Friday, September 3, 2021 3:47 PM |
| **To:** | Knight, Dustin M |
| **Cc:** | David Neal |
| **Subject:** | Nikola-Tesla |

Dustin,

I'm sorry that we never finalized a scheduling order for the Nikola-Tesla case.  I'm leaving Beus Gilbert for an in-house position.  In the future, please contact David Neal about the Nikola-Tesla matter.  He will help prepare a schedule for the rest of the matter.  He will be making an appearance in the case soon.

Best,
Reed

**K. Reed Willis**

**BEUS GILBERT MCGRODER PLLC**
701 North 44th Street | Phoenix, AZ  85008
Direct: 480.429.3012 | Main: 480.429.3000 | Fax: 480.429.3100
**Email:** rwillis@beusgilbert.com
**Assistant:** Lisa Hoogervorst | 480.429.3108 | lhoogervorst@beusgilbert.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

1

# EXHIBIT D

| | |
|---|---|
| **From:** | Leo Beus |
| **To:** | Trevor Milton |
| **Cc:** | NikolaTeam |
| **Subject:** | Nikola |
| **Date:** | Friday, September 24, 2021 12:20:36 PM |

Hello Trevor:

As you know, Nikola is in litigation with Tesla regarding the design of Teslas' truck.  You would be an important witness in that case.  We assume that your lawyers would oppose any attempt to take your deposition until your criminal issues are resolved, but need to confirm that with them so that we can ask the judge to put the litigation on hold until then.  Would you please alert your lawyers to this issue and let them know we will be contacting them to confirm that this is their position?  Also, would you please let me know which lawyer I should contact?

Thank you,

Leo

**Leo R. Beus**

**Beus Gilbert McGroder pllc**

701 North 44th Street | Phoenix, AZ 85008
Direct: 480.429.3001 | Main: 480.429.3000 | Fax: 480.429.3111
**Email:** lbeus@beusgilbert.com
**Secretary:** Pat Gaghagen | 480.429.3101 | pgaghagen@beusgilbert.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT E

| **From:** | Knight, Dustin M |
|---|---|
| **To:** | Richard Williams; David Neal |
| **Cc:** | Nguyen, Lam; Pivovar, Adam |
| **Subject:** | Nikola v. Tesla: Update on Mr. Milton"s availability |
| **Date:** | Monday, September 27, 2021 7:23:05 AM |

Counsel,

Thank you for the call last Friday.  On the call, you agreed to contact Mr. Milton's criminal defense counsel to determine Mr. Milton's availability for deposition in this case and provide us with an update later in the day.  Please provide us today with the status on your outreach to Mr. Milton's counsel and whether he will be made available for a deposition in this case. As noted on our call, the parties should provide the Court with an update on scheduling and how the issue of Mr. Milton's criminal indictment is likely to affect the schedule of the case moving forward.

Regards,
Dustin

## Dustin Knight
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5640
+1 703 456 8024 office
+1 703 456 8100 fax
+1 571 643 5164 mobile
dknight@cooley.com
Pronouns: he, him, his

Cooley is committed to **racial justice**

Cooley GO > **Start and build your business**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# EXHIBIT F

| From: | Leo Beus |
| --- | --- |
| To: | Trevor Milton |
| Subject: | RE: Traveling tonight |
| Date: | Tuesday, September 28, 2021 11:03:11 AM |

Thank you Trevor.  Following up on another point, would you please let us know which of your criminal lawyers we should contact to verify that they will not make you available for depositions until your criminal case is concluded?  This inquiry is specifically for the Nikola v Tesla case.  We need to let the judge know so we can ask to put that case on hold.

Great to hear you are making progress.

Leo

**Leo R. Beus**

# Beus Gilbert McGroder pllc

701 North 44th Street | Phoenix, AZ 85008
Direct: 480.429.3001 | Main: 480.429.3000 | Fax: 480.429.3111
**Email: lbeus@beusgilbert.com**
**Secretary:** Pat Gaghagen | 480.429.3101 | **pgaghagen@beusgilbert.com**

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Trevor Milton <tspent@gmail.com>
**Sent:** Tuesday, September 28, 2021 9:05 AM
**To:** Leo Beus <lbeus@beusgilbert.com>
**Subject:** Traveling tonight

Leo, I got your email. I'm flying back and forth from Arizona today and have a call with Troy, my attorney to get this signed and over to you. Hope to have it to you by weeks end. Or sooner.

Thanks for the follow up and yes, we are doing pretty well actually. Good things going on our end.

Trevor
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT G

| | |
|---|---|
| **From:** | Knight, Dustin M |
| **To:** | Richard Williams; David Neal |
| **Cc:** | Nguyen, Lam; Pivovar, Adam |
| **Subject:** | RE: Nikola v. Tesla: Update on Mr. Milton"s availability |
| **Date:** | Tuesday, September 28, 2021 1:04:47 PM |
| **Attachments:** | Nikola v. Tesla -- Joint Statement on Proposed Case Schedule.docx |

Counsel,

As a follow-up to our e-mail yesterday, we have drafted a joint statement apprising Judge Donato of the parties' scheduling discussions and how Mr. Milton's criminal indictment may affect the schedule of the case moving forward. Please let us know if Nikola agrees to submitting the attached status update to the Court.

Best,
Dustin

### Dustin Knight

Office: +1 703 456 8024 • Fax: +1 703 456 8100 • Cell: +1 571 643 5164
Email: dknight@cooley.com • www.cooley.com

---

**From:** Knight, Dustin M
**Sent:** Monday, September 27, 2021 10:23 AM
**To:** Richard Williams <rwilliams@beusgilbert.com>; 'David Neal' <dneal@beusgilbert.com>
**Cc:** Nguyen, Lam <lnguyen@cooley.com>; Pivovar, Adam <apivovar@cooley.com>
**Subject:** Nikola v. Tesla: Update on Mr. Milton's availability

Counsel,

Thank you for the call last Friday. On the call, you agreed to contact Mr. Milton's criminal defense counsel to determine Mr. Milton's availability for deposition in this case and provide us with an update later in the day. Please provide us today with the status on your outreach to Mr. Milton's counsel and whether he will be made available for a deposition in this case. As noted on our call, the parties should provide the Court with an update on scheduling and how the issue of Mr. Milton's criminal indictment is likely to affect the schedule of the case moving forward.

Regards,
Dustin

### Dustin Knight

Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5640
+1 703 456 8024 office
+1 703 456 8100 fax
+1 571 643 5164 mobile
dknight@cooley.com
Pronouns: he, him, his

Cooley is committed to **racial justice**

Cooley GO > **Start and build your business**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# EXHIBIT H

1   N Leo R. Beus (*pro hac vice*)                  Michael G. Rhodes (SBN 116127)
    lbeus@beusgilbert.com                           rhodesmg@cooley.com
2   L. Richard Williams (*pro hac vice*)            Heidi L. Keefe (SBN 178960)
    rwilliams@beusgilbert.com                       hkeefe@cooley.com
3   **BEUS GILBERT MCGRODER PLLC**                  Lam K. Nguyen (SNB 265285)
    701 North 44th Street                           lnguyen@cooley.com
4   Phoenix, AZ 85008-6504                          **COOLEY LLP**
    Telephone: (480) 429-3000                       3175 Hanover Street
5   Facsimile: (480) 429-3001                       Palo Alto, CA 94304-1130
                                                    Telephone:    (650) 843-5000
6   * *additional attorneys listed in signature block*    Facsimile:    (650) 849-7400

7   *Attorneys for Plaintiff and Counterdefendant*   * *additional attorneys listed in signature block*
    *NIKOLA CORPORATION*
8                                                    *Attorneys for Defendant and Counterclaimant*
                                                     *TESLA, INC.*
9
                                                     .
10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                        **SAN FRANCISCO DIVISION**

14   NIKOLA CORPORATION,                             CASE NO. 3:18-cv-07460-JD

15                    Plaintiff and                  **JOINT STATEMENT ON PROPOSED**
                      Counterdefendant,              **CASE SCHEDULE**
16          v.

17   TESLA, INC.,

18                    Defendant and
                      Counterclaimant.
19

20

21

22

23

24

25

26

27

28

1   In view of the Court's July 7, 2021 Order requesting the parties propose new dates for the

2   tutorial and claim construction hearings in November or December 2021 (Dkt. No. 153) and its

3   September 2, 2021 Order vacating the existing dates (Dkt. No. 155), Nikola Corporation ("Nikola")

4   and Tesla, Inc. ("Tesla") provide the following update on their efforts to address the Court's request.

5   In early July 2021, the parties conferred on how moving the dates for the tutorial and claim

6   construction hearings to November or December 2021 would necessitate an extension of fact and

7   expert discovery deadlines to allow adequate time for the parties and their experts to consider the

8   Court's claim construction rulings for U.S. Patent No. 10,077,084.  The parties have since discussed

9   an appropriate timeframe for these discovery periods, accounting for concerns regarding the

10  availability of Mr. Trevor R. Milton, Nikola's former founder, CEO, and a critical witness in this case.

11  Mr. Milton, identified in both parties' Rule 26 initial disclosures, is the first named inventor

12  on each of the Patents-in-Suit and served as Nikola Corporation's CEO from October 2014 through

13  September 2020, during the development of the Nikola One at issue in this case.  Accordingly, Mr.

14  Milton is in possession of knowledge and/or information that is material to the parties' claims and

15  defenses, including Tesla's inequitable conduct counterclaims, and cannot be reasonably obtained by

16  other means.  (*See* Tesla's Counterclaims, ¶¶14-30, 65-68, Dkt. No. 128.)

17  At this time, Mr. Milton is the subject of fraud charges in a criminal proceeding, *USA v. Trevor*

18  *Milton*, Case No. 1:21-cr-00478-ER (S.D.N.Y.) (*see* Ex. A), and an SEC enforcement action, *United*

19  *States Securities and Exchange Commission v. Trevor Milton*, Case No. Case No. 1:21-cv-06445

20  (S.D.N.Y.) (*see* Ex. B), related to alleged misrepresentations Mr. Milton made during his tenure as

21  Nikola's CEO, including statements made with respect to certain Nikola semi-truck vehicles that are

22  material to this case. Counsel for Nikola has reached out to Mr. Milton's criminal defense counsel to

23  determine if Mr. Milton is available for deposition in light of these charges and how the present case

24  should proceed in view of the criminal charges against Mr. Milton.

25  The parties will continue working together to determine the most effective manner of

26  conducting discovery on Mr. Milton and the most effective schedule for the present case to proceed,

27  and provide the Court with a proposed schedule as soon as reasonably practicable once Mr. Milton's

28  status as an available witness is determined.

1   Dated: October 1, 2021                    Respectfully submitted,

2                                             By:_____/s/_____

3                                                   L. Richard Williams

4                                             **BEUS GILBERT PLLC**
                                              Leo R. Beus (Admitted *Pro Hac Vice*)
5                                             lbeus@beusgilbert.com
                                              L. Richard Williams (Admitted *Pro Hac Vice*)
6                                             rwilliams@beusgilbert.com
                                              701 North 44th Street
7                                             Phoenix, AZ 85008-6504
                                              T: 480-429-3000 | F: 480-429-3001
8

9                                             **STEYER LOWENTHAL BOODROOKAS**
                                              **ALVAREZ & SMITH LLP**
10                                            Allan Steyer (State Bar No. 100318)
                                              asteyer@steyerlaw.com
11                                            Donald Scott Macrae (State Bar No. 104663)
                                              smacrae@steyer law.com
12                                            Jill K. Cohoe (State Bar No. 296844)
                                              jcohoe@steyerlaw.com
13

14                                            *Attorneys for Nikola Corporation*

15   Dated: October 1, 2021

16                                            By:_____/s/_____
                                                    Adam M. Pivovar

17                                            **COOLEY LLP**
                                              Michael G. Rhodes (SBN 116127)
18                                            rhodesmg@cooley.com
                                              Heidi L. Keefe (SBN 178960)
19                                            hkeefe@cooley.com
                                              Lam K. Nguyen (SBN 265285)
20                                            lnguyen@cooley.com
                                              3175 Hanover Street
21                                            Palo Alto, CA 94304-1130
                                              Telephone: (650) 843-5000
22                                            Facsimile:  (650) 849-7400
23

24                                            Adam M. Pivovar (SBN 246507)
                                              apivovar@cooley.com
25                                            1229 Pennsylvania Ave., NW, Ste. 700
                                              Washington, DC 20004-2446
26                                            Telephone: (202) 842-7800
                                              Facsimile: (202) 842-7899
27

28                                            Dustin M. Knight (*pro hac vice*)
                                              dknight@cooley.com

                                              2

11951 Freedom Drive, 16th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100

*Attorneys for Tesla, Inc.*

## <u>ATTESTATION</u>

Counsel for Tesla, Inc. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Tesla, Inc.

Dated: October 1, 2021                   **COOLEY LLP**

By:    /s/
     Adam M. Pivovar
     *Attorneys for Tesla, Inc.*

# EXHIBIT I

**Toni Sorma**

| | |
|---|---|
| **From:** | Richard Williams <rwilliams@beusgilbert.com> |
| **Sent:** | Wednesday, September 29, 2021 3:42 PM |
| **To:** | David Neal |
| **Subject:** | Nikola v Tesla |
| **Attachments:** | Nikola v. Tesla -- Joint Statement on Proposed Case Schedule(895809.1).docx; Nikola v. Tesla -- Joint Statement on Proposed Case Schedule(895809.1).docx.nrl |

David:

Do you agree with these changes?

Richard

## L. Richard Williams

## BEUS GILBERT MCGRODER PLLC
701 North 44th Street | Phoenix, AZ  85008
Direct: 480.429.3003 | Main: 480.429.3000 | Fax: 480.429.3100
**Email:** rwilliams@beusgilbert.com
**Assistant:** Lisa Hoogervorst | 480.429.3108 | lhoogervorst@beusgilbert.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

1   N Leo R. Beus (*pro hac vice*)
    lbeus@beusgilbert.com
2   L. Richard Williams (*pro hac vice*)
    rwilliams@beusgilbert.com
3   **BEUS GILBERT MCGRODER PLLC**
    701 North 44th Street
4   Phoenix, AZ 85008-6504
    Telephone: (480) 429-3000
5   Facsimile: (480) 429-3001

6   * *additional attorneys listed in signature block*

7   *Attorneys for Plaintiff and Counterdefendant*
    *NIKOLA CORPORATION*

8

9

10

Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
Heidi L. Keefe (SBN 178960)
hkeefe@cooley.com
Lam K. Nguyen (SNB 265285)
lnguyen@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

* *additional attorneys listed in signature block*

*Attorneys for Defendant and Counterclaimant*
*TESLA, INC.*

.

11                    **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO DIVISION**

14   NIKOLA CORPORATION,                 CASE NO. 3:18-cv-07460-JD

15                   Plaintiff and       **JOINT STATEMENT ON PROPOSED**
                     Counterdefendant,   **CASE SCHEDULE**
16          v.

17   TESLA, INC.,

18                   Defendant and
                     Counterclaimant.
19

20

21

22

23

24

25

26

27

28

In view of the Court's July 7, 2021 Order requesting the parties propose new dates for the tutorial and claim construction hearings in November or December 2021 (Dkt. No. 153) and its September 2, 2021 Order vacating the existing dates (Dkt. No. 155), Nikola Corporation ("Nikola") and Tesla, Inc. ("Tesla") provide the following update on their efforts to address the Court's request.

In early July 2021, the parties conferred on how moving the dates for the tutorial and claim construction hearings to November or December 2021 would necessitate an extension of fact and expert discovery deadlines to allow adequate time for the parties and their experts to consider the Court's claim construction rulings for U.S. Patent No. 10,077,084. The parties have since discussed an appropriate timeframe for these discovery periods, accounting for concerns regarding the availability of Mr. Trevor R. Milton, Nikola's former founder, CEO, and a critical witness in this case.

Mr. Milton, identified in both parties' Rule 26 initial disclosures, is the first named inventor on each of the Patents-in-Suit and served as Nikola Corporation's CEO from October 2014 through September 2020, during the development of the Nikola One at issue in this case. Accordingly, Mr. Milton is in possession of knowledge and/or information that is material to the parties' claims and defenses, including Tesla's inequitable conduct counterclaims, and cannot be reasonably obtained by other means. (*See* Tesla's Counterclaims, ¶¶14-30, 65-68, Dkt. No. 128.)

At this time, Mr. Milton is the subject of ~~fraud charges in~~ a criminal proceeding, *USA v. Trevor Milton*, Case No. 1:21-cr-00478-ER (S.D.N.Y.) (*see* Ex. A), and an SEC enforcement action, *United States Securities and Exchange Commission v. Trevor Milton*, Case No. Case No. 1:21-cv-06445 (S.D.N.Y.) (*see* Ex. B), related to alleged misrepresentations Mr. Milton made during his tenure as Nikola's CEO. Counsel for Nikola believes these issues involved in these actions are not relevant to this case. Counsel for Tesla disagrees. ~~, including statements made with respect to certain Nikola semi-truck vehicles that are material to this case.~~ In any event, Counsel for Nikola is in the process of reaching ~~has reached~~ out to Mr. Milton's criminal defense counsel to determine if Mr. Milton will be ~~is~~ made available for a deposition while ~~in light of~~ these actions are pending and how his availability will affect the schedule in this case. ~~charges and how the present case should proceed in view of the criminal charges against Mr. Milton.~~

1    The parties will continue working together to determine the most effective manner of

2  conducting discovery on Mr. Milton and the most effective schedule for the present case to proceed,

3  and provide the Court with a proposed schedule as soon as reasonably practicable once Mr. Milton's

4  status as an available witness is determined.

5    Dated: October 1, 2021~~September 29, 2021~~

6                                    Respectfully submitted,

7    By:____/s/_____
                                         L. Richard Williams

8         **BEUS GILBERT PLLC**
9         Leo R. Beus (Admitted *Pro Hac Vice*)
          lbeus@beusgilbert.com
10        L. Richard Williams (Admitted *Pro Hac Vice*)
          rwilliams@beusgilbert.com
11        701 North 44th Street
          Phoenix, AZ 85008-6504
12        T: 480-429-3000 | F: 480-429-3001

13        **STEYER LOWENTHAL BOODROOKAS**
14        **ALVAREZ & SMITH LLP**
          Allan Steyer (State Bar No. 100318)
15        asteyer@steyerlaw.com
          Donald Scott Macrae (State Bar No. 104663)
16        smacrae@steyer law.com
          Jill K. Cohoe (State Bar No. 296844)
17        jcohoe@steyerlaw.com

18
19        *Attorneys for Nikola Corporation*

20    Dated: October 1, 2021~~September 29, 2021~~
                                         By:____/s/_____
21                                            Adam M. Pivovar

22        **COOLEY LLP**
          Michael G. Rhodes (SBN 116127)
23        rhodesmg@cooley.com
          Heidi L. Keefe (SBN 178960)
24        hkeefe@cooley.com
          Lam K. Nguyen (SBN 265285)
25        lnguyen@cooley.com
          3175 Hanover Street
26        Palo Alto, CA 94304-1130
          Telephone: (650) 843-5000
27        Facsimile:  (650) 849-7400

28
          Adam M. Pivovar (SBN 246507)

2

apivovar@cooley.com
1229 Pennsylvania Ave., NW, Ste. 700
Washington, DC 20004-2446
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Dustin M. Knight (*pro hac vice*)
dknight@cooley.com
11951 Freedom Drive, 16th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile:  (703) 456-8100

*Attorneys for Tesla, Inc.*

## ATTESTATION

Counsel for Tesla, Inc. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Tesla, Inc.

Dated: October 1, 2021~~September 29, 2021~~   **COOLEY LLP**

By:      /s/
        Adam M. Pivovar
        *Attorneys for Tesla, Inc.*

# EXHIBIT J

| | |
|---|---|
| **From:** | Leo Beus |
| **To:** | "bbondi@cahill.com" |
| **Cc:** | Richard Williams |
| **Subject:** | Trevor Milton/Nikola |
| **Date:** | Wednesday, September 29, 2021 7:55:29 PM |
| **Importance:** | High |

Brad:

As I believe you know, Nikola has sued Tesla for infringement of Nikola's design patent and for other related claims.  The case is pending in the Northern District of California.  The judge is James Donato.  We have been working with Tesla to propose a case management schedule to the judge.  In that process, Tesla's attorneys raised the issue of whether Trevor would be able to sit for a deposition while his criminal proceedings were pending or whether he would invoke his fifth amendment rights.

We agreed that Trevor is a material witness and we proposed, on behalf of Nikola, that if Trevor were not available to be deposed, that the case be stayed until the criminal proceedings were resolved.  We then reached out to Trevor to contact you so we could get your position on this issue.  Then today, we received an order to show cause notice from the court asking for Nikola's to explain in writing why the case should not be dismissed for lack of prosecution.  The judge was not happy that we had not gotten back to him with a proposed schedule.  Our written response to the order to show cause is due next Wednesday, October 6, 2021.

We would like to report to the court your position on whether Trevor will be available for a deposition so that we can then ask the court to stay the case until his criminal issues are resolved.  Because we are now under time pressure, would you please let us know you position on this issue by the end of this week at the latest, so that we can prepare our written submission to the Court.

Thank you for your help.

Best regards,
Leo


Leo R. Beus

BEUS GILBERT MCGRODER PLLC
701 North 44th Street | Phoenix, AZ 85008
Direct: 480.429.3001 | Main: 480.429.3000 | Fax: 480.429.3111
Email: lbeus@beusgilbert.com
Secretary: Pat Gaghagen | 480.429.3101 | pgaghagen@beusgilbert.com


This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

# EXHIBIT K

| | |
|---|---|
| **From:** | David Neal |
| **To:** | Knight, Dustin M; Pivovar, Adam |
| **Cc:** | Richard Williams; NikolaTeam; britton@nikolamotor.com |
| **Subject:** | Draft Proposed Schedule for meeting to discuss Scheduling Order |
| **Date:** | Tuesday, October 5, 2021 10:01:59 AM |

Adam and Dustin,

Please find below a proposed schedule for discussion in our meeting today:

| Event | Deadline |
|---|---|
| Patent L.R. 4-6: Claim Construction Tutorial | November 16, 2021 |
| Patent L.R. 4-6: Claim Construction Hearing | December 2, 2021 |
| Patent L.R. 3-7: Advice of Counsel | 30 Days after service of Court's Claim Construction Ruling |
| Close of Fact Discovery | July 1, 2022 |
| Expert Disclosure (Initial) | August 19, 2022 |
| Expert Disclosure (Rebuttal) | September 9, 2022 |
| Reply Expert Reports | September 23, 2022 |
| Close of Expert Discovery | October 28, 2022 |
| Last Day to File Daubert and Dispositive Motions | December 2, 2022 |
| Final Pretrial Conference | March 29, 2023 |
| Jury Trial | April 16, 2023 |

**David Neal**

**Attorney, Admitted in Virginia and Washington, D.C.**

**BEUS GILBERT MCGRODER PLLC**

701 North 44th Street | Phoenix, AZ 85008
Direct: 480.429.3064 | Main: 480.429.3000 | Fax: 480.429.3100
**Email: dneal@beusgilbert.com**
**Assistant: Nancy Leahy** | 480.429.3109 | nleahy@beusgilbert.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

## <u>CERTIFICATE OF SERVICE</u>

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.  I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following document(s):

**DECLARATION OF L. RICHARD WILLIAMS IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

[x]    By transmitting the above documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2021

_____
Alma Caliz

1717303.1 - NIKOLA.TESLA

**SERVICE LIST**

Michael K. Friedland (Bar No. 157217) | Michael.Friedland@knobbe.com
Lauren Keller Katzenellenbogen (Bar No. 223370) |
Lauren.Katzenellenbogen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614

Adam B. Powell (Bar No. 272725) | adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130

Adam Bradley Powell / adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2465 East Bayshore Road, Ste 302
Palo Alto, CA 94303

Heidi L. Keefe (Bar No. 178960) / hkeefe@colley.com
Lam K. Nguyen (Bar No. 254285) / lnguyen@colley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130

Michael G. Rhodes (Bar No. 116127) / rhodesmg@colley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800

Adam M. Pivovar (Bar No. 246507) / apivovar@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C.  20004-2400

Eric Michael Fraser / efraser@omlaw.com
OSBORN MALEDON PA
P.O. Box 36379
Phoenix, AZ 85067-6379

Colin Matthew Proksel / cproksel@omlaw.com
OSBORN MALEDON PA
P.O. Box 36379
Phoenix, AZ  85067-6379

Kimberly Ann Kennedy / kim.kennedy@knobbe.com
KNOBBE MARTENS OLSON AND BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

Heidi Lyn Keefe / hkeefe@cooley.com
COOLEY LP
3175 Hanover Street
Palo Alto, CA 94304

Dustin Michael Knight / dknight@cooley.com
11951 Freedom Drive
Reston, VA 20190

Leo R. Beus / lbeus@beusgilbert.com
Richard L. Williams / rwilliam@beusgilbert.com
BEUS GILBERT MCGRODER PLLC
701 North 44th Street
Phoenix, AZ  85008

1717303.1 - NIKOLA.TESLA