UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLA CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA INCORPORATED,<br><br>        Defendant. | Case No. 3:18-cv-07460-JD<br><br>**ORDER RE ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 157 |

Nikola's ostensible reasons for not responding to the Court's orders are not particularly compelling. The case will not be dismissed at this time for failure to prosecute, but that may change if Nikola does not move this case forward to resolution in an efficient and timely manner. A technology tutorial is set for January 13, 2022. The claim construction hearing is set for January 27, 2022. The case will remain administratively closed pending further order.

**IT IS SO ORDERED.**

Dated: October 18, 2021

JAMES DONATO
United States District Judge