1  Jared A. Smith (SBN 306576)
   jasmith@fr.com
2  FISH & RICHARDSON P.C.
   12860 El Camino Real, Ste. 400
3  San Diego, CA 92130
4  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
5
   Attorneys for Defendant
6  TESLA, INC.
7

8                           UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              (SAN FRANCISCO DIVISION)

11  NIKOLA CORPORATION,              Case No. 3:18-CV-07460-JD

12                                   **NOTICE OF APPEARANCE OF**
             Plaintiff,              **JARED A. SMITH**
13
14       v.
                                     Hon. James Donato
15  TESLA, INC.                      Ctrm: 11, 19th Floor

16
17           Defendant.

18
19
20
21
22
23
24
25
26
27
28

1   PLEASE TAKE NOTICE that Jared A. Smith of Fish & Richardson P.C. hereby enters an
2  appearance as counsel on behalf of Defendant Tesla, Inc. in the above-referenced matter.
3
4  Dated:  December 16, 2021                Respectfully Submitted,
5
                                    By:    */s/ Jared A. Smith*
6                                          Jared A. Smith (CA SBN 306576)
                                           jasmith@fr.com
7                                          FISH & RICHARDSON P.C.
                                           12860 El Camino Real, Ste. 400
8                                          San Diego, CA 92130
                                           Telephone: (858) 678-5070
9                                          Facsimile: (858) 678-5099
10
11                                         Attorneys for Defendant TESLA, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    1              Case No. 3:18-CV-07460-JD
                                                   NOTICE OF APPEARANCE OF SMITH

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 16, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Jared A. Smith*
Jared A. Smith|
jasmith@fr.com
