Leo R. Beus (*pro hac vice*)
lbeus@beusgilbert.com
L. Richard Williams (*pro hac vice*)
rwilliams@beusgilbert.com
**BEUS GILBERT MCGRODER PLLC**
701 North 44th Street
Phoenix, AZ 85008-6504
Telephone: (480) 429-3000
Facsimile: (480) 429-3001

* *additional attorneys listed in signature block*

*Attorneys for Plaintiff and Counterdefendant*
*NIKOLA CORPORATION*

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 724-2811
Facsimile: (404) 892-5002

Daniel R. Gopenko (*pro hac vice*)
gopenko@fr.com
**FISH & RICHARDSON P.C.**
1000 Main Ave SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

* *additional attorneys listed in signature block*

*Attorneys for Defendant and Counterclaimant*
*TESLA, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NIKOLA CORPORATION,<br><br>        Plaintiff and Counterdefendant,<br><br>      v.<br><br>TESLA, INC.,<br><br>        Defendant and Counterclaimant. | CASE NO. 3:18-cv-07460-JD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and the Court's Standing Order for Civil Cases Before Judge James Donato, Plaintiff and Counterdefendant Nikola Corporation and Defendant and Counterclaimant Tesla, Inc. (collectively the "Parties") jointly stipulate to the voluntary dismissal without prejudice of all claims and counterclaims alleged by the Parties in this action. In connection with this stipulated voluntary dismissal, the Parties agree that each Party will bear its own costs and fees and neither Party will pursue a Rule 54 Motion for attorney's fees.

Dated: January 4, 2022      Respectfully submitted,

By:   */s/ L. Richard Williams*
       L. Richard Williams

**BEUS GILBERT MᴄGRODER PLLC**
Leo R. Beus (*pro hac vice*)
lbeus@beusgilbert.com
L. Richard Williams (*pro hac vice*)
rwilliams@beusgilbert.com
701 North 44th Street
Phoenix, AZ 85008-6504
T: 480-429-3000 | F: 480-429-3001

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
Allan Steyer (SBN 100318)
asteyer@steyerlaw.com
Donald Scott Macrae (SBN 104663)
smacrae@steyerlaw.com
Jill K. Cohoe (SBN 296844)
jcohoe@steyerlaw.com

*Attorneys for Nikola Corporation*

Dated: January 4, 2022      Respectfully submitted,

By:   */s/ Aamir A. Kazi* (*with permission*)
       Aamir A. Kazi

**FISH & RICHARDSON P.C.**
Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
1180 Peachtree Street NE, 21ˢᵗ Floor
Atlanta, GA 30309
T: 404-892-5005 | F: 404-892-5002

Daniel R. Gopenko (*pro hac vice*)
gopenko@fr.com
1000 Maine Ave SW, Suite 1000
Washington, DC 20024
T: 202-783-5070 | F: 202-783-2331

Jared A. Smith (SBN 306576)
jasmith@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
T: 858-678-5070 | F: 858-678-5099

*Attorneys for Tesla, Inc.*

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)
CASE NO. 3:18-CV-07460-JD

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.  I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following document(s):

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(ii)**

[x]   By transmitting the above documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2022

_____
Alma Caliz

PROOF OF SERVICE

1717303.1 - NIKOLA.TESLA

1

**SERVICE LIST**

2

3
Michael K. Friedland (Bar No. 157217) | Michael.Friedland@knobbe.com
Lauren Keller Katzenellenbogen (Bar No. 223370) |

4
Lauren.Katzenellenbogen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP

5
2040 Main Street, Fourteenth Floor
Irvine, CA  92614

6

7
Adam B. Powell (Bar No. 272725) | adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP

8
12790 El Camino Real
San Diego, CA  92130

9

10
Adam Bradley Powell / adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP

11
2465 East Bayshore Road, Ste 302
Palo Alto, CA 94303

12

13
Heidi L. Keefe (Bar No. 178960) / hkeefe@colley.com

14
Lam K. Nguyen (Bar No. 254285) / lnguyen@cooley.com
COOLEY LLP

15
3175 Hanover Street
Palo Alto, CA  94304-1130

16

17
Michael G. Rhodes (Bar No. 116127) / rhodesmg@colley.com
COOLEY LLP

18
101 California Street, 5th Floor
San Francisco, CA  94111-5800

19

20
Adam M. Pivovar (Bar No. 246507) / apivovar@cooley.com
COOLEY LLP

21
1299 Pennsylvania Avenue, N.W.

22
Suite 700
Washington, D.C.  20004-2400

23

24
Eric Michael Fraser / efraser@omlaw.com
OSBORN MALEDON PA

25
P.O. Box 36379
Phoenix, AZ 85067-6379

26

27

28

PROOF OF SERVICE

1717303.1 - NIKOLA.TESLA

1

2

Colin Matthew Proksel / cproksel@omlaw.com
OSBORN MALEDON PA
P.O. Box 36379
Phoenix, AZ  85067-6379

3

4

Kimberly Ann Kennedy / kim.kennedy@knobbe.com
KNOBBE MARTENS OLSON AND BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

5

6

7

8

Heidi Lyn Keefe / hkeefe@cooley.com
COOLEY LP
3175 Hanover Street
Palo Alto, CA 94304

9

10

11

Dustin Michael Knight / dknight@cooley.com
11951 Freedom Drive
Reston, VA 20190

12

13

14

Leo R. Beus / lbeus@beusgilbert.com
Richard L. Williams / rwilliam@beusgilbert.com
BEUS GILBERT MCGRODER PLLC
701 North 44th Street
Phoenix, AZ  85008

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE

1717303.1 - NIKOLA.TESLA